**UNITED STATES of America, Plaintiff-Appellant,**

v.

**James H. McCONNELL and James H. Dondich, Defendants-Appellees.**

**No. 74–3248.**

United States Court of Appeals, Fifth Circuit.

Aug. 16, 1976.

John L. Briggs, U. S. Atty., D. Frank Winkles, Asst. U. S. Atty., Jacksonville, Fla., Claude H. Tison, Jr., Asst. U. S. Atty., Tampa, Fla., for plaintiff-appellant.

Robert A. Harper, Jr., Gainesville, Fla., for McConnell.

Morton Berger, White Plains, N. Y., for Dondich.

Before BROWN, Chief Judge, and THORNBERRY, Circuit Judge, and MILLER,* Associate Judge.

PER CURIAM:

In light of our opinion today in *United States v. Morrow,* 537 F.2d 120 (5 Cir. 1976), the Government's appeal in the instant case is moot.

* Of the U.S. Court of Customs and Patent Appeals, sitting by designation.